COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-117-CR

MIGUEL G. HERNANDEZ APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM COUNTY CRIMINAL
 COURT NO. 2 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant's Request To Withdraw Notice Of Appeal And The Appeal.”  The request complies with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this request, we grant the request and dismiss the appeal. 
 See id.;
 
Tex. R. App. P.
 43.2(f).  
Upon agreement of the parties, the mandate will issue immediately.  
See
 
Tex. R. App. P.
 
18.1(c).
 

PER CURIAM

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: May 12, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.